AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSENTHAL, LEE H. | 2. Court or Organization<br><br>U.S.D.C.-S.D.TX | 3. Date of Report<br><br>08/8/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>515 RUSK<br>ROOM 11535<br>HOUSTON, TEXAS 77002 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, EXECUTIVE COMMITTEE, COUNCIL | AMERICAN LAW INSTITUTE |
| 2. | MEMBER, BOARD OF TRUSTEES | BAYLOR COLLEGE OF MEDICINE |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | NATIONAL BOARD OF BAR EXAMINERS, WRITING | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | �altered, INC.: DIRECTOR'S FEES |
| 2. 2017 | ▰▰▰▰▰▰▰ : PARTNER DISTRIBUTION |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LOUISIANA STATE UNIVERSITY | JANUARY 8-12, 2017 | BATON ROUGE, LA | FACULTY, LSU APPRENTICESHIP PROGRAM | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 2. | AMERICAN LAW INSTITUTE | JANUARY 18-20, 2017 | PHILADELPHIA, PA | ATTEND ALI COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 3. | BRIGHAM YOUNG UNIVERSITY | FEBRUARY 9-11, 2017 | PROVO, UT | REX E. LEE MOOT COURT COMPETITION (FINAL) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 4. | AMERICAN LAW INSTITUTE | FEBRUARY 23-25, 2017 | NEW YORK, NY | AMERICAN LAW INSTITUTE MEETING (DRAFTING MEETING) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **ROSENTHAL, LEE H.** | 08/8/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | UNIVERISTY OF IRVINE SCHOOL OF LAW | MARCH 10-12, 2017 | IRVINE, CA | UNIVERSITY OF CALIFORNIA IRVINE SCHOOL OF LAW BOARD OF VISITORS MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 6. | AMERICAN BAR ASSOCIATION AND DUKE LAW SCHOOL | MAY 14-15, 2017 | SAN FRANCISCO, CA | BAY AREA IN-HOUSE LAYWERS PRESENTATION | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 7. | DUKE LAW SCHOOL | MAY 25-27, 2017 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES (DUKE MASTER OF JUDICIAL STUDIES) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 8. | DUKE LAW SCHOOL | JUNE 1-2, 2017 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES (DUKE MASTER OF JUDICIAL STUDIES) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 9. | DUKE LAW SCHOOL | JUNE 15-16, 2017 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES (DUKE MASTER OF JUDICIAL STUDIES) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 10. | AMERICAN LAW INSTITUTE | OCTOBER 12-14, 2017 | NEW YORK, NY | ALI MODEL PENAL CODE: SEXUAL ASSAULT AND RELATED OFFENSES, ADVISERS/MEMBERS MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 11. | AMERICAN LAW INSTITUTE | OCTOBER 18-20, 2017 | NEW YORK, NY | ALI OCTOBER COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 12. | YALE LAW SCHOOL | OCTOBER 22-23, 2017 | NEW HAVEN, CT | YALE LAW SCHOOL PRESENTATION | LODGING, MEALS, TRANSPORTATION, TRAIN AND AIRFARE |
| 13. | AMERICAN LAW INSTITUTE | OCTOBER 25-26, 2017 | PHILADELPHIA, PA | ALI RESTATEMENT OF THE LAW THIRD, CONFLICT OF LAW ADVISERS MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 14. | NATIONAL CONFERENCE OF BAR EXAMINERS | OCTOBER 26-29, 2017 | MONTREAL, CANADA | NATIONAL CONFERENCE OF BAR EXAMINERS | LODGING, MEALS, AGENCY FEE, TRANSPORTATION AND AIRFARE |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

23.

24.

25.

26.

27.

28.

29.

30.

31.

32.

33.

34.

35.

36.

37.

38.

39.

40.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boise-Kuna, IA 6.3% due 6/1/2031 | E | Interest | P1 | T | Buy | 09/07/17 | P1 | | |
| 2. Brazos Cty, TX 5.00% due 9/1/25 | D | Interest | N | T | | | | | |
| 3. Chicago Brd Ed 0.00% due 12/1/19 | | None | | | Sold | 07/14/17 | L | E | |
| 4. Clark Cnty, NV Sch Dist Ltd, 5.0% due 6/15/2026 | E | Interest | | | Buy | 09/28/17 | P1 | | |
| 5. | | | | | Sold | 12/15/17 | O | | |
| 6. College Station ISD 4.625% due 9/15/20 | D | Interest | | | Sold | 08/15/17 | M | A | |
| 7. District Columbia 5.00% due 6/1/17 | D | Interest | | | Sold | 06/01/17 | N | | |
| 8. Goodyear AZ PI 6.0% due 7/1/31 | F | Interest | P1 | T | | | | | |
| 9. Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | N | T | | | | | |
| 10. Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| 11. Harris Cty, TX, 5.00% due 10/1/19 | D | Interest | N | T | | | | | |
| 12. Harris Cty, TX, 5.75% due 10/1/20 | D | Interest | M | T | | | | | |
| 13. Houston, TX Pub Impt 5.00% due 3/1/20 | E | Interest | O | T | | | | | |
| 14. LA St Ctzns Ppty Ins Corp 6.75% due 6/1/2026 | G | Interest | P1 | T | Buy | 03/31/17 | P1 | | |
| 15. Leander, TX ISD 0.00% due 8/15/20 | | None | | | Sold (part) | 08/15/17 | N | E | |
| 16. | | | | | Sold | 09/05/17 | J | D | |
| 17. Leander, TX ISD 0.00% due 8/15/21 | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lewisville, TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| 19. MA St Hlth & Ed 5.25% due 7/1/23 | E | Interest | O | T | | | | | |
| 20. MA St Rans-Ser C 2.0% due 6/25/2018 | | None | P1 | T | Buy | 08/03/17 | P1 | | |
| 21. Mesquite,TX ISD 0.00% due 8/15/32 | | None | | | Sold | 08/15/17 | N | G | |
| 22. Richmond Co, GA Dev 6.375% due 12/01/21 | | None | L | T | | | | | |
| 23. Snohomish Cty, WA 5.25% due 12/1/24 | D | Interest | N | T | | | | | |
| 24. St of Illinois 5.00% due 6/1/22 | D | Interest | M | T | | | | | |
| 25. St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| 26. Texarkana, TX ISD 0.00% due 2/15/26 | | None | | | Sold | 02/15/17 | M | F | |
| 27. Texas St Trans, 4.0% due 8/30/20 | | None | P1 | T | Buy | 08/22/17 | P1 | | |
| 28. University TX Univ 5.25% due 7/1/21 | E | Interest | N | T | | | | | |
| 29. Wylie, TX ISD 0.00% due 8/15/19 | | None | | | Sold | 08/15/17 | N | E | |
| 30. Wylie, TX ISD 0.00% due 8/15/23 | | None | | | Sold | 08/15/17 | N | G | |
| 31. JPM Chase - Checking | | None | J | T | | | | | |
| 32. HSA Bank | A | Interest | L | T | | | | | |
| 33. Ally Bank | E | Interest | P1 | T | | | | | |
| 34. American Express Bank, FSB | F | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIF V Private Investors LLC (1) | | None | J | U | Distributed (part) | 12/12/17 | J | | |
| 36. AIF VI Private Investors LLC (1) | | None | M | U | Distributed (part) | 09/12/17 | K | | |
| 37. | | | | | Distributed (part) | 12/21/17 | K | | |
| 38. AIF VII Private Investors LLC (1) | | None | M | U | Distributed (part) | 06/09/17 | J | | |
| 39. | | | | | Distributed (part) | 07/18/17 | J | | |
| 40. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 41. | | | | | Distributed (part) | 10/10/17 | J | | |
| 42. APAX Europe VII Private Investors, LLC (1) | | None | M | U | Distributed (part) | 04/12/17 | J | | |
| 43. Atlantic Trust Company, N.A. | A | Dividend | J | T | | | | | |
| 44. Barclays Bank | E | Interest | P1 | T | | | | | |
| 45. BRKB-Common | | None | P1 | T | | | | | |
| 46. Black Stone Minerals, LP common units | G | Distribution | P1 | T | | | | | |
| 47. Black Stone Minerals, LP sub units | F | Distribution | P1 | U | | | | | |
| 48. Arrowhead Research Corp. (9)Y | | None | | | | | | | |
| 49. Brand Group Holdings, Inc.-Common | | None | M | U | | | | | |
| 50. Carlyle Asia Partners II (1) | | None | J | U | Distributed (part) | 05/08/17 | J | | |
| 51. | | | | | Distributed (part) | 11/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Distributed (part) | 11/21/17 | L | | |
| 53. CAP IV Private Investors, LLC (1) | | None | N | U | Distributed (part) | 04/24/17 | J | | |
| 54. | | | | | Distributed (part) | 07/20/17 | J | | |
| 55. | | | | | Distributed (part) | 12/22/17 | K | | |
| 56. Carlyle Japan International Partners II, L.P. (1)(a) | | None | | | Buy (add'l) | 01/17/17 | J | | |
| 57. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 58. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 59. | | | | | Sold (part) | 07/14/17 | J | | |
| 60. | | | | | Sold (part) | 10/17/17 | K | | |
| 61. | | | | | Sold (part) | 11/21/17 | J | | |
| 62. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 63. CIT Bank | E | Interest | P1 | T | | | | | |
| 64. CJIP II Limited, L.P. (1)(a) | | None | | | | | | | |
| 65. CD&R Fund VII Private Investors, LLC (1) | | None | L | U | Distributed (part) | 04/24/17 | K | | |
| 66. | | | | | Distributed (part) | 05/19/17 | J | | |
| 67. | | | | | Distributed (part) | 06/09/17 | L | | |
| 68. | | | | | Distributed (part) | 08/09/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 10/13/17 | K | | |
| 70. CD&R Fund IX Private Investors, LLC (1) | | None | N | U | Buy (add'l) | 06/16/17 | K | | |
| 71. | | | | | Buy (add'l) | 07/26/17 | K | | |
| 72. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 73. | | | | | Buy (add'l) | 12/20/17 | K | | |
| 74. Consumer Staples Select Sector SPDR-ETF | E | Dividend | P1 | T | Buy (add'l) | 01/04/17 | M | | |
| 75. Continuum Energy | | None | L | U | Distributed (part) | 10/06/17 | J | | |
| 76. ▮▮▮-Common | | None | M | T | | | | | |
| 77. Discover Bank | E | Interest | P1 | T | | | | | |
| 78. Emerald Marina Bay (1) | | None | M | U | | | | | |
| 79. Emerald Cambridge (1)Y | | None | | | | | | | |
| 80. Emerald Marina Cove (1)Y | | None | | | | | | | |
| 81. Emerald Marina Shores (1)Y | | None | | | | | | | |
| 82. Encino Energy, LLC (1)(a) | | None | | | | | | | |
| 83. Energy Capital Investors Fund, LLC (1) | | None | K | U | Distributed (part) | 05/10/17 | K | | |
| 84. Family Alignment: FA YPS LLC (1) | | None | K | U | Buy (add'l) | 03/23/17 | J | | |
| 85. Family Alignment: FA SPR LLC (1) | | None | K | U | Buy | 04/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FDC Group McKinney, Ltd. (1)(12) | E | Rent | J | U | | | | | |
| 87. FDC Group Crawford, Ltd. (1) | | None | M | U | | | | | |
| 88. FDC Group Dunlavy, Ltd. (1) | | None | L | U | | | | | |
| 89. FDC Group Wilcrest, Ltd. (1)(12) | D | Rent | J | U | | | | | |
| 90. FDC Group Yorktown, Ltd. (1) | | None | L | U | | | | | |
| 91. FDC Group Waugh, Ltd. (1)(12) | E | Rent | M | U | | | | | |
| 92. Finger-Roxboro, Ltd. (1)(12) | D | Rent | M | U | | | | | |
| 93. Finger-VOTL, Ltd. (1)(12) | E | Rent | L | U | | | | | |
| 94. Goldman Sachs Bank | E | Interest | P1 | T | | | | | |
| 95. Mt. Kellett (1) | | None | M | U | Distributed (part) | 02/08/17 | K | | |
| 96. | | | | | Distributed (part) | 07/27/17 | J | | |
| 97. Mt. Kellett II (1) | | None | M | U | Distributed (part) | 09/08/17 | J | | |
| 98. | | | | | Distributed (part) | 10/31/17 | K | | |
| 99. | | | | | Distributed (part) | 11/27/17 | J | | |
| 100. GHR Healthcare, LLC | | None | L | U | Buy | 02/06/17 | M | | |
| 101. Great Northern Midstream, LLC (1) | | None | K | U | Distributed (part) | 05/30/17 | K | | |
| 102. Ishares Core High Dividend-ETF | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▓▓▓▓▓ Inc. (1) | | None | J | U | Buy (add'l) | 06/15/17 | J | | |
| 104. | | | | | Buy (add'l) | 12/13/17 | K | | |
| 105. HMTF Fund IV (1) | | None | | | Distributed | 12/04/17 | J | | |
| 106. HydroEx Acquistion, LLC - Note Receivable | A | Interest | K | T | | | | | |
| 107. Ishares Global Energy-ETF | D | Dividend | N | T | | | | | |
| 108. Ishares US Consumer Goods-ETF | D | Dividend | N | T | | | | | |
| 109. JP Morgan Chase Investment Account - Cash | B | Dividend | P1 | T | | | | | |
| 110. KKR 2006 Private Investors, LLC (1)(a) | | None | | | Distributed (part) | 04/13/17 | J | | |
| 111. | | | | | Distributed (part) | 06/07/17 | J | | |
| 112. | | | | | Distributed (part) | 06/26/17 | K | | |
| 113. | | | | | Distributed (part) | 07/31/17 | L | | |
| 114. | | | | | Distributed (part) | 09/29/17 | J | | |
| 115. | | | | | Distributed (part) | 10/10/17 | K | | |
| 116. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 117. | | | | | Distributed (part) | 12/29/17 | K | | |
| 118. KKR Americas XII Private Investors (1) | | None | J | U | Buy | 10/30/17 | J | | |
| 119. KMI-Common | E | Dividend | P1 | T | Buy (add'l) | 10/17/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/01/17 | K | | |
| 121. | | | | | Buy (add'l) | 11/06/17 | L | | |
| 122. | | | | | Buy (add'l) | 11/15/17 | L | | |
| 123. | | | | | Buy (add'l) | 11/20/17 | L | | |
| 124. | | | | | Buy (add'l) | 12/01/17 | L | | |
| 125. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 126. | | | | | Buy (add'l) | 12/27/17 | L | | |
| 127. Merrill Lynch (CMA) | D | Interest | P1 | T | | | | | |
| 128. Milton Meisler Holdings LLC | | None | L | U | Buy | 05/24/17 | L | | |
| 129. NITYA - BCH Investors LLC (1)(12) | E | Rent | M | U | | | | | |
| 130. NITYA - Legacy at Westchase Investors, LLC (1)(12) | B | Rent | M | U | Buy | 08/25/17 | M | | |
| 131. NITYA - D2 Properties, LLC (1)(12) | E | Rent | M | U | Buy | 03/08/17 | M | | |
| 132. NITYA - Sierra Park Investors, LLC (1)(12) | D | Rent | M | U | Buy | 07/07/17 | M | | |
| 133. Oaktree Capital Group LLC | F | Distribution | O | T | | | | | |
| 134. ▨ Restricted Stock (7) | | None | | | | | | | |
| 135. ▨ -Common (7) | | None | O | T | Buy (add'l) | 05/26/17 | M | | |
| 136. MGI Pearl Midtown, LLC (1)(12) (renamed for easier tracking) | D | Rent | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MGI Pearl CityCenter, LLC (1) (renamed for easier tracking) | | None | M | U | | | | | |
| 138. MGI Pearl Midtown Residences, Ltd (1) (renamed for easier tracking) | | None | N | U | | | | | |
| 139. Platform Partners, LLC (1) | | None | P1 | U | Buy (add'l) | 02/17/17 | N | | |
| 140. RDS/B-ADR | F | Dividend | P1 | T | | | | | |
| 141. SCF-V, L.P. (1) | | None | K | U | Buy (add'l) | 01/10/17 | J | | |
| 142. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 143. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 144. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 145. SCF-VI, L.P. (1) | | None | M | U | Buy (add'l) | 01/10/17 | J | | |
| 146. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 147. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 148. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 149. SCF-VII, L.P. (1) | | None | N | U | Buy (add'l) | 01/10/17 | J | | |
| 150. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 151. | | | | | Buy (add'l) | 02/27/17 | K | | |
| 152. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 153. | | | | | Buy (add'l) | 04/10/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 155. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 156. SCF-VII(a), L.P. (1) | | None | L | U | Buy (add'l) | 08/18/17 | K | | |
| 157. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 158. SCF-VII(AIV), L.P. (1) | | None | L | U | | | | | |
| 159. SCF-VIII, L.P (1) | | None | M | U | Distributed (part) | 01/13/17 | J | | |
| 160. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 161. | | | | | Buy (add'l) | 01/25/17 | K | | |
| 162. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 163. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 164. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 165. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 166. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 167. | | | | | Buy (add'l) | 09/11/17 | K | | |
| 168. | | | | | Buy (add'l) | 09/13/17 | K | | |
| 169. SCF-VIII(AIV), L.P. (1) | | None | L | U | | | | | |
| 170. SJKI-Common | | None | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SRE Properties, LP (1)(12) | D | Rent | J | U | | | | | |
| 172. Surefire Social-Convertible Pfd | | None | J | U | Buy (add'l) | 04/19/17 | J | | |
| 173. Synchrony Bank | E | Interest | P1 | T | | | | | |
| 174. ▒▒▒▒▒, LP (1) | | None | M | U | Distributed (part) | 12/31/17 | M | | |
| 175. ▒▒▒▒▒, LLC (1) | | None | J | U | Buy (add'l) | 12/31/17 | J | | |
| 176. | | | | | Distributed (part) | 12/31/17 | J | | |
| 177. ▒▒▒▒▒ LLC (1) | | None | J | U | | | | | |
| 178. ▒▒▒▒ LLC (1) | | None | | | Distributed | 12/31/17 | J | | |
| 179. ▒▒▒▒▒, LP (1) | | None | K | U | Distributed (part) | 12/31/17 | J | | |
| 180. ▒▒▒▒▒, LP (1) | | None | J | U | Buy (add'l) | 12/31/17 | J | | |
| 181. | | | | | Distributed (part) | 12/31/17 | J | | |
| 182. ▒▒▒▒▒, LP (1) | | None | K | U | Distributed (part) | 12/31/17 | K | | |
| 183. ▒▒▒▒▒, LP (1) | | None | K | U | Distributed (part) | 12/31/17 | O | | |
| 184. ▒▒▒▒ III, LP (1) | | None | P1 | U | Buy (add'l) | 12/31/17 | K | | |
| 185. | | | | | Distributed (part) | 12/31/17 | P1 | | |
| 186. ▒▒▒▒ III GP, LP (1) | | None | P2 | U | Buy (add'l) | 12/31/17 | J | | |
| 187. | | | | | Distributed (part) | 12/31/17 | P2 | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ▭ IV GP, LP (1) | | None | M | U | Buy (add'l) | 12/31/17 | L | | |
| 189. | | | | | Distributed (part) | 12/31/17 | K | | |
| 190. ▭ IV LLC (1) | | None | J | U | Buy (add'l) | 12/31/17 | J | | |
| 191. | | | | | Distributed (part) | 12/31/17 | J | | |
| 192. ▭ IV, LP (1) | | None | O | U | Buy (add'l) | 12/31/17 | N | | |
| 193. | | | | | Distributed (part) | 12/31/17 | K | | |
| 194. ▭ IV, LP (1) | | None | K | U | Buy (add'l) | 12/31/17 | M | | |
| 195. | | | | | Distributed (part) | 12/31/17 | P1 | | |
| 196. ▭ , LP (1) | | None | J | U | Buy | 07/13/17 | J | | |
| 197. ▭ (alpha sort) (11) | | | | | | | | | |
| 198. American Bath | | | | | Sold | 01/09/17 | J | | |
| 199. B&G | | | | | Sold | 10/02/17 | J | | |
| 200. Construction Supply | | | N | U | Buy (add'l) | 06/27/17 | L | | |
| 201. ▭ Industries | | | | | Sold | 12/31/17 | J | | |
| 202. DexKo | | | N | U | Sold (part) | 07/24/17 | P1 | | |
| 203. | | | | | Buy (add'l) | 07/24/17 | N | | |
| 204. Industrial Services | | | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Highline | | | N | U | Buy (add'l) | 03/15/17 | K | | |
| 206. Liqui-Box | | | | | Sold | 04/21/17 | J | | |
| 207. Lynx FBO | | | L | U | | | | | |
| 208. Process Barron | | | M | U | | | | | |
| 209. SafeFleet | | | O | U | | | | | |
| 210. Saxco | | | K | U | | | | | |
| 211. Specified Air Solutions | | | M | U | Buy (add'l) | 06/26/17 | K | | |
| 212. Time Manufacturing | | | M | U | Buy | 01/30/17 | N | | |
| 213. Universal Fibers | | | | | Sold | 04/21/17 | J | | |
| 214. ▮▮▮▮ 401(k): FA Stable Value | A | Int./Div. | N | T | | | | | |
| 215. JP Morgan Chase-Checking | | None | J | T | | | | | |
| 216. JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| 217. TROW-Common | | None | | | Sold | 01/04/17 | N | E | |
| 218. Vac One (1)(a) | | None | | | Buy (add'l) | 10/12/17 | K | | |
| 219. Vanguard Municipal Money Market (formerly Tax-Exempt M/M-Mutual Fund | D | Dividend | P2 | T | | | | | |
| 220. Vanguard Large Cap Index Fund Adm | D | Dividend | O | T | | | | | |
| 221. Vanguard Tax-Managed Cap Apprec-Mutual Fund | | None | O | T | Buy (add'l) | 01/04/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Vanguard 500 Index-Mutual Fund | G | Dividend | P2 | T | Buy (add'l) | 06/19/17 | M | | |
| 223. | | | | | Buy (add'l) | 09/18/17 | N | | |
| 224. | | | | | Buy (add'l) | 09/29/17 | M | | |
| 225. | | | | | Buy (add'l) | 10/06/17 | M | | |
| 226. | | | | | Buy (add'l) | 10/20/17 | M | | |
| 227. | | | | | Buy (add'l) | 12/06/17 | N | | |
| 228. | | | | | Buy (add'l) | 11/21/17 | N | | |
| 229. Vanguard S&P 500-ETF | | None | | | Buy | 12/04/17 | M | | |
| 230. | | | | | Sold | 12/06/17 | M | | |
| 231. Vanguard Federal M/M | D | Dividend | O | T | | | | | |
| 232. Vanguard Information Technology Index Admiral Fund | D | Dividend | O | T | Buy | 05/08/17 | L | | |
| 233. | | | | | Buy (add'l) | 05/09/17 | M | | |
| 234. | | | | | Buy (add'l) | 05/16/17 | M | | |
| 235. | | | | | Buy (add'l) | 06/19/17 | M | | |
| 236. | | | | | Buy (add'l) | 11/21/17 | L | | |
| 237. Vanguard Total Stock Market Index Admiral Fund | C | Dividend | P1 | T | Buy | 12/04/17 | O | | |
| 238. | | | | | Buy (add'l) | 12/18/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. WLR Recovery IV Investors, LLC (1) | | None | K | U | Distributed (part) | 07/21/17 | J | | |
| 240. | | | | | Distributed (part) | 11/13/17 | J | | |
| 241. Xapp Media (9) | | None | | | | | | | |
| 242. Zinc Oxide-SeriesA (1) | | None | L | U | Buy | 08/08/17 | K | | |
| 243. Zinc Oxide (1) | | None | | | Merged (with line 242) | 08/08/17 | K | | |
| 244. Certain LLC 1/18 (1) | | None | J | U | | | | | |
| 245. Certain Limited Partners 1/39 (1) | | None | J | U | | | | | |
| 246. Certain Limited Partners 2/54 | | | | | | | | | |
| 247. Elliott Associates, L.P. (1) | | None | P2 | U | Buy (add'l) | 01/03/17 | O | | |
| 248. | | | | | Buy (add'l) | 07/03/17 | O | | |
| 249. West Cam, L.P. (1) | | None | J | U | | | | | |
| 250. MP GEO, LLC (1) | | None | J | U | Distributed (part) | 01/04/17 | K | | |
| 251. | | | | | Distributed (part) | 08/31/17 | M | | |
| 252. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 253. Midland Basin GEO, LLC (1) | | None | K | U | | | | | |
| 254. Gamma Geo (1) | | None | J | U | Distributed (part) | 03/03/17 | J | | |
| 255. | | | | | Distributed (part) | 03/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Distributed (part) | 04/17/17 | J | | |
| 257. | | | | | Distributed (part) | 05/01/17 | J | | |
| 258. | | | | | Distributed (part) | 08/30/17 | J | | |
| 259. | | | | | Distributed (part) | 10/10/17 | J | | |
| 260. | | | | | Distributed (part) | 10/26/17 | J | | |
| 261. | | | | | Distributed (part) | 11/02/17 | J | | |
| 262. | | | | | Distributed (part) | 12/27/17 | J | | |
| 263. Flex Waz (1) | | None | L | U | Distributed (part) | 03/22/17 | J | | |
| 264. | | | | | Distributed (part) | 06/13/17 | J | | |
| 265. | | | | | Distributed (part) | 10/60/17 | L | | |
| 266. Certain LLC 2/54 (1% owner in 2/54LP) (1) | | None | K | U | Buy (add'l) | 01/03/17 | J | | |
| 267. | | | | | Buy (add'l) | 01/03/17 | J | | |
| 268. IRA #1 | | | | | | | | | |
| 269. Merrill Lynch Cash | | None | | | Closed | 01/03/17 | J | | |
| 270. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 271. Vanguard Prime M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 272. Vanguard 500 Index Fund | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Vanguard S&P 500 Index ETF | D | Dividend | N | T | | | | | |
| 274. Vanguard Federal Money Market Fund | A | Dividend | N | T | | | | | |
| 275. IRA #2 | | | | | | | | | |
| 276. Merrill Lynch Cash | A | Interest | L | T | | | | | |
| 277. US Treas 2.375% due 1/15/17 | B | Interest | | | Matured | 01/17/17 | L | | |
| 278. Goldman Sachs Bank | A | Interest | K | T | | | | | |
| 279. Goldman Sachs Liberty Harbor (1) | | None | J | T | | | | | |
| 280. IShares Core High Dividend - ETF | E | Dividend | O | T | | | | | |
| 281. KMI - Common Stock | D | Dividend | N | T | | | | | |
| 282. Oaktree - Units | E | Distribution | O | T | | | | | |
| 283. RDSB - ADR | E | Dividend | P1 | T | | | | | |
| 284. RDS/A - ADR | | None | K | T | Spinoff (from line 283) | 12/20/17 | K | | |
| 285. SJKI - Common Stock | | None | L | T | | | | | |
| 286. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 287. Vanguard 500 Index Fund | E | Dividend | P1 | T | Buy (add'l) | 12/04/17 | L | | |
| 288. Vanguard S&P 500 Index ETF | F | Dividend | P1 | T | | | | | |
| 289. Vanguard Information Technology Index Fund | | None | | | Buy | 05/09/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 05/10/17 | M | | |
| 291. Vanguard Federal Money Market Fund | A | Interest | M | T | | | | | |
| 292. #2 Trust (R8) | | | | | | | | | |
| 293. Merrill Lynch Reserves | A | Interest | L | T | | | | | |
| 294. IShares US Consumer Goods - ETF | E | Dividend | O | T | | | | | |
| 295. Vanguard Tax-Managed Capital Appreciation - Mutual Fund | E | Dividend | P1 | T | | | | | |
| 296. Vanguard Admiral Fund Treasury - Mutual Fund | A | Dividend | J | T | | | | | |
| 297. Vanguard Tax-Exempt M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 298. Vanguard Federal M/M Fund | A | Dividend | K | T | | | | | |
| 299. Certain Limited Partners 2/54 | | | | | | | | | |
| 300. Elliott Associates, L.P. (1) | | None | P1 | U | Buy (add'l) | 01/03/17 | L | | |
| 301. | | | | | Buy (add'l) | 07/03/17 | L | | |
| 302. #3 Trust (H8) | | | | | | | L | | |
| 303. Merrill Lynch Reserves | A | Interest | | | Distributed | 03/21/17 | L | | distributed to beneficiary |
| 304. Consumer Staples Select Sector SPDR - ETF | C | Dividend | | | Distributed | 04/02/17 | M | | distributed to beneficiary |
| 305. Vanguard Tax-Managed Capital Appreciation - Mutual Fund | D | Dividend | | | Distributed | 01/02/17 | O | | distributed to beneficiary |
| 306. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | | | Distributed | 04/02/17 | J | | distributed to beneficiary |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Vanguard Tax-Exempt M/M - Mutual Fund | A | Dividend | | | Distributed | 04/02/17 | J | | distributed to beneficiary |
| 308. Vanguard Federal M/M Fund | A | Dividend | | | Distributed | 04/02/17 | M | | distributed to beneficiary |
| 309. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/8/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). The [          ]' values in Column D(2) are listed as of year-end notwithstanding when distribution was made.

(a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to gross value in Column C(2).

(2) Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(3) No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(4) All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(5) Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(6) No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(7) Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares. A "buy" transaction is reflected in Section (D) with the date and value of the vested stock.

(8) Oil and Gas interests – value not known to filer.

(9) Private company – value not known to filer.

(10) Inadvertently omitted in prior year report.

(11) Amounts for each portfolio company aggregate values for the direct ownership of each entity as well as indirectly through other [          ] entities are shown in Column C(2). Column D(3) reflects cash paid or received for each [          ] Company. Income and gain is included (to the extent distributed) in this value.

(12) Represents a limited partnership or LLC investment in a real estate project or projects. All income noted in Column B(1) is effectively net rental income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEE H. ROSENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544